AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MICHELE RANDALL<br><br>*Plaintiff(s)*<br>v.<br><br>INBOUND CALL EXPERTS, LLC., d/b/a ADVANCED TECH SUPPORT, a Florida Limited Liability Company<br><br>*Defendant(s)* | 14-cv-62413 Gayles/Turnoff |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
INBOUND CALL EXPERTS, LLC., d/b/a ADVANCED TECH SUPPORT
c/o ROBERT DEIGNAN, Registered Agent
4800 Trex Avenue
Suite 350
Boca Raton, FL 33431

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAW OFFICES OF CHARLES EISS, P.L.
8211 W BROWARD BLVD, SUITE 360
PLANTATION, FL 33324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: October 21, 2014

Select Courthouse

Steven M. Larimore
Clerk of Court

SUMMONS

s/ Yvette Alexander
Deputy Clerk
U.S. District Courts